UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES JOSEPH LEE, JR., | ) | Case No. CV 07-7687-PA (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| MATTHEW MARTEL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  August 29, 2008.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA07CV07687PA-J.wpd